IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARTI L. KLUTHO, individually and on behalf all others similarly situated,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) ) | **CAUSE NO. 07-659-WDS** |
| **OXFORD LENDING GROUP, LLC,** ) ) | |
| **Defendant.** ) | |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: October 1, 2007.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge J. Phil Gilbert.  All future pleadings shall bear Cause No. 07-659-JPG.